In the Matter of the Claim of EDNA TALLMAN, Respondent, against COLONIAL AIR TRANSPORT, INC., et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 15, 1932; decided March 29, 1932.)

*T. Carlyle Jones* and *Bernard J. Vincent* for appellants.
*John J. Bennett, Jr.,* Attorney-General (*Joseph A. McLaughlin* and *Isaac Frank* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.